**From:** Espinoza-Vera, Barbara
**To:** coa4notices
**Cc:** Espinoza-Vera, Barbara
**Subject:** Mandate Receipt Acknowledgement - Case No. 04-14-00198-CR [    DATE    6/10/2015    ]
**Date:** Thursday, June 11, 2015 10:43:14 AM

RE: Case No. 04-14-00198-CR [    DATE    6/10/2015    ]

Pursuant to Rule 51.2(a)(1) T.R.A.P., I hereby acknowledge receipt of the mandate of the Fourth Court of Appeals via this email response.